```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 26935
    DALISAY Y SUAREZ
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

          Debtor
     SSN XXX-XX-1782
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/07/05 and confirmed on 10/21/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 19620.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 10696.04 | .00 | 1090.76 |
| BECKET & LEE LLP | UNSECURED | 5256.42 | .00 | 536.04 |
| BECKET & LEE LLP | UNSECURED | 7452.68 | .00 | 760.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6467.14 | .00 | 659.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7318.07 | .00 | 746.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6214.17 | .00 | 633.71 |
| FIA CARD SERVICES | UNSECURED | 13500.62 | .00 | 1376.77 |
| CAPITAL ONE BANK | UNSECURED | 2715.24 | .00 | 276.90 |
| JP MORGAN CHASE BANK | UNSECURED | 4691.55 | .00 | 478.44 |
| B FIRST LLC | UNSECURED | 15201.22 | .00 | 1550.19 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11760.47 | .00 | 1199.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5364.00 | .00 | 547.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8405.06 | .00 | 857.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10173.75 | .00 | 1037.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11303.21 | .00 | 1152.68 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| B FIRST LLC | UNSECURED | 3570.67 | .00 | 364.13 |
| DISCOVER BANK | UNSECURED | 9424.29 | .00 | 961.07 |
| FIFTH THIRD BANK | UNSECURED | 12593.94 | .00 | 1284.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7605.19 | .00 | 775.56 |
| B FIRST LLC | UNSECURED | 11172.29 | .00 | 1139.33 |
| TARGET NATIONAL BANK | UNSECURED | 2959.48 | .00 | 301.80 |
| FIA CARD SERVICES | UNSECURED | 6893.38 | .00 | 702.97 |

Summary of disbursements:

---

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL     |
|--------------------|---------|----------|-----------|-------|-----------|
| TOTAL CLMS ALLOWED | .00     | .00      | 180738.88 | .00   | 180738.88 |
| PRINCIPAL PAID     | .00     | .00      | 18431.41  | .00   | 18431.41  |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00       |
| TOTAL PAID         | .00     | .00      | 18431.41  | .00   | 18431.41  |

The Debtor's attorney, LAVELLE LEGAL SERVICES       , was allowed $   1650.00
and was paid $   1100.00   direct and $    550.00   through the plan.

The Trustee received $    638.59 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/10/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE